[No. 71967-0-I.   Division One.   October 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JENNIFER L. MARKWITH, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 12-1-00174-0, Amber L. Finlay, J., entered December 10, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Trickey, JJ.

[No. 42999-3-II.   Division Two.   October 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM CHARLES WOMACK, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00974-1, Michael H. Evans, J., entered January 13, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Worswick and Lee, JJ.

[Nos. 44264-7-II; 44770-3-II;   Division Two.   October 21, 2014.]
  45628-1-II.

THE STATE OF WASHINGTON, *Respondent*, v. KRIS A. SAEGER, *Appellant*.

*In the Matter of the Personal Restraint of* KRIS A SAEGER, *Petitioner*.

Appeals from a judgment of the Superior Court for Mason County, No. 12-1-00360-2, Toni A. Sheldon, J., entered November 26, 2012, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.